IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY GORDON SPEELMAN,<br><br>Defendant. | CR 02-142-BLG-SPW-2<br><br>ORDER |

On April 4, 2025, Defendant Jeffrey Gordon Speelman motioned this Court for Early Termination of Supervised Release. (Doc. 87). U.S. Probation Officer John Ross does not object. According to Speelman, the Government was contacted and objected to the motion. (Doc. 87 at 1–2; Doc. 88 at 3). However, the Government did not file a response.

Therefore, pursuant to 18 U.S.C. § 3583(e)(1) and Federal Rule of Criminal Procedure 32.1(c)(2), and good cause being shown, IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. JEFFREY SPEELMAN's supervised release is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 22nd day of April, 2025.

SUSAN P. WATTERS
United States District Judge